Donna Armenta
THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION
2551 N Green Valley Pkwy, Suite 203B
Henderson NV 89014
Phone: (800) 506-2652 - x 701
DArmenta@collectmoore.com

Attorney for Defendant
The Moore Law Group, a Professional
Corporation

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS

| | |
|---|---|
| SHERRY D'ANDREA,<br><br>Plaintiff,<br><br>vs.<br><br>THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-00390-JCM-DJA<br><br>Hon. Judge James C. Mahan<br>Magistrate Judge Daniel J. Albregts<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**<br><br>Complaint Served:  2/18/2026<br>Initial Response Date:  3/11/2026<br>New Response Date:  4/1/2026 |

IT IS HEREBY STIPULATED by and between Plaintiff SHERRY D'ANDREA and Defendant THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION ("Defendant") that pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-2, to provide the parties additional time to discuss an amicable resolution of this matter, the time within which Defendant may answer, respond, or otherwise plead to Plaintiff's Complaint in the above-entitled action be extended for

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)

an additional twenty-one (21) days from March 11, 2026, to April, 1, 2026. The current stipulated extension does not alter the date of any event or any deadline already fixed by Court order.

Defendant states that this is the first time that it has sought an extension of time to respond to the initial complaint, and no other extensions of time to respond to the initial complaint have been previously granted.

Dated:  March 11, 2026                **THE MOORE LAW GROUP,**
                                       **A PROFESSIONAL CORPORATION**


                                       */s/ Donna M. Armenta*
                                       Donna M. Armenta
                                       Attorney for Defendant
                                       The Moore Law Group, a Professional
                                       Corporation


Dated:  March 11, 2026                **LAW OFFICE OF KEVIN L. HERNANDEZ**


                                       */s/ Kevin K. Hernandez*          (with permission)
                                       Kevin L. Hernandez
                                       Attorney for Plaintiff
                                       Sherry D'Andrea




                                       IT IS SO ORDERED:


                                       _____
                                       Daniel J. Albregts
                                       Magistrate Judge

                                                  3/12/2026
                                       Dated:  _____

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2026, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** was served electronically via the U.S. District Court CM/ECF system to counsel as set forth on the docket.

By: */s/ Donna M. Armenta*
Donna M. Armenta