Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY D'ANDREA,<br><br>                          Plaintiff,<br><br>v.<br><br>THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION,<br><br>                          Defendant. | Case No.: 2:26-cv-00390-JCM-DJA<br><br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs

///

///

///

///

///

///

Page 1 of 2

*(left margin, rotated)* Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

incurred in this action.

Respectfully Submitted.

Dated: April 24, 2026

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
***Attorney for Plaintiff***

Dated: April 24, 2026

**THE MOORE LAW GROUP**

*/s/ Donna Armenta*
Donna Armenta, Esq.
Nevada Bar No. 006527
***Attorney for Defendant***

## ORDER OF DISMISSAL WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are hereby dismissed with prejudice. Plaintiff and Defendant will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: April 24, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408